# Exhibit 1



N⁰ 1318877

# THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twelfth day of February, 1985.

Acting Commissioner of Patents and Trademarks



Int. Cl.: 5

Prior U.S. Cl.: 18

United States Patent and Trademark Office

Reg. No. 1,318,877
Registered Feb. 12, 1985

## TRADEMARK
Principal Register

## LIP THERAPY

Chesebrough-Pond's Inc. (New York corporation)
33 Benedict Pl.
Greenwich, Conn. 06830

For: NON-MEDICATED LIP BALM, in CLASS 5 (U.S. Cl. 18).
First use Feb. 16, 1984; in commerce Feb. 16, 1984.
No claim is made to the exclusive right to use "Lip", apart from the mark as shown.

Ser. No. 468,869, filed Mar. 5, 1984.

EVAN J. KRAME, Examining Attorney