**Print: Mar 19, 2007**                    **74396821**

**TYPED DRAWING**

**Serial Number**
74396821

**Status**
REGISTERED AND RENEWED

**Word Mark**
THE COLOR INSTITUTE

**Standard Character Mark**
No

**Registration Number**
1899523

**Date Registered**
1995/06/13

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Markwins International Corporation CORPORATION CALIFORNIA 22067
FERRERO PARKWAY CITY OF INDUSTRY CALIFORNIA 91789

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
cosmetics; namely, eyeshadow, blush, body powder, face powder,
lipstick, lip color, lip gloss, eye pencils, nail polish and enamel,
cosmetic compacts containing the above; eyeliners, mascara, eyebrow
pencils, lipstick, lip liners, non medicated lip balms, makeup bases
and foundations, skin moisturizers, face powders, compact face powder,
rouge, blushers, facial creams, body creams, facial cleansing
preparations, cleansing foams for face and body skin care, astringents
for cosmetic use, skin toners, night creams, makeup removers, nail
care preparations, nail polish, nail varnish, nail enamel, hair
shampoo, hair conditioners, hair sprays, mousse, and perfumes, Ph
balance fluids in the nature of lip ointment and lip gloss, and for
face and body skin care.  First Use: 1993/08/00.  First Use In
Commerce: 1993/08/00.

**Prior Registration(s)**
1701299

-1-

Print: Mar 19, 2007                    74396821

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLOR" APART FROM THE
MARK AS SHOWN.

**Filing Date**
1993/06/01

**Examining Attorney**
MILTON, PRISCILLA

**Attorney of Record**
Danton K. Mak

Print: Mar 19, 2007                         75474092

## DESIGN MARK

**Serial Number**
75474092

**Status**
REGISTERED

**Word Mark**
POP BY MARKWINS

**Standard Character Mark**
No

**Registration Number**
2286703

**Date Registered**
1999/10/12

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Markwins International Corporation CORPORATION CALIFORNIA 22067
FERRERO PARKWAY ATTN: ROGER LIN CITY OF INDUSTRY CALIFORNIA 91789

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Cosmetics, namely, eyeshadow, blush, body powder, face powder,
lipstick, lip color, lip gloss, eye pencils, nail polish and enamel,
cosmetic compacts containing the above; eyeliners, mascara, eyebrow
pencils, lipstick, lip liners, non medicated lip balms, makeup bases
and foundations, skin moisturizers, face powders, compact face powder,
rouge, blushers, facial creams, body cream, facial cleansing
preparations, cleansing foams for face and body skin care, astringents
for cosmetic use, skin toners, night creams, makeup removers, nail
care preparations, nail polish, nail varnish, nail enamel, hair
shampoo, hair conditioners, hair sprays, mouse, and perfumes, PH
balance fluids in the nature of lip ointment and lip gloss, and for
face and body skin care.  First Use: 1998/04/00.  First Use In
Commerce: 1998/04/00.

**Filing Date**
1998/04/24

-1-

**Print: Mar 19, 2007**                    75474092

**Examining Attorney**
REIHNER, DAVID C.

**Attorney of Record**
ROGER LIN

# POP BY MARKWINS

**Print: Mar 19, 2007**                              **75832329**

## DESIGN MARK

**Serial Number**
75832329

**Status**
REGISTERED

**Word Mark**
FIBERIN

**Standard Character Mark**
No

**Registration Number**
2775996

**Date Registered**
2003/10/21

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
T-UP Biosystems, Inc. CORPORATION NEW YORK 458 Neptune Ave, Suite 11F
Brooklyn NEW YORK 112244325

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
nutraceuticals, namely dietary supplements, vitamin and mineral
supplements, herbal and plant derived products, namely, dietic food
supplements in the form of capsules, tablets, lozenges, sprays, drops,
extract powders, teas and tea bags; dietetic substances for
improvement of health, namely food for medically restricted diets;
dietary nutritional supplement drink mixes in liquid or powdered form
for use as a meal replacement; herbal supplements; herbal food
supplements; herbal teas for medicinal purposes; herbs for medicinal
purposes; medical herbal tonics for improvement of health; medicated
herbal and plant derived hygiene products for personal use, namely,
disposable liquid douche, vaginal anti-itch ointment and
suppositories; nutritional supplements made from roots for improvement
of general health for internal and external use; roots for medicinal
purposes; vitamin and mineral food supplements; mineral supplements
and vitamin supplements in the form of a chewing gum; medicated herbal
and nutritional transdermal beauty care supplement preparations,

-1-

**Print: Mar 19, 2007**                                    **75832329**

namely, skin, hair, nails, sunburn, facial, body sprays, body lotions
and creams; medicated hair shampoos, hair conditioners, hair gels,
hair mousse, skin toners, lip balm, lip ointment, lip gloss, and
facial tissues; medicated adhesive tape; medicated hand and body soaps
and deodorants made with natural herbal and plant preparations;
natural herbal products, namely aroma therapy packs containing herbs
used for aroma therapy; nutritional supplements for protection against
aging; medicated serums, lotions and balms for anti-aging of skin for
internal and external use; nutritional food additives; nutritional
food additives for hair, nail and skin care; medicated transdermal
creams, lotions, ointments, scrums, balms; antioxidant balms in serum
and vitamins form; medicated lipid balms in serum form made with
nutritional supplements; topical gel for anti-itching and bug-bites;
medicated medicinal oils external use; medicinal nutritional oils and
gels for external use to deliver vitamins, hormones, minerals, herbs,
plants, or other nutritional supplements; all purpose disinfectants;
antiseptics made with herbal and plant derived ingredients.  First
Use: 1999/10/18.  First Use In Commerce: 2003/06/25.

**Filing Date**
1999/10/27

**Examining Attorney**
DEFORD, JEFF

-2-

# FIBERIN

**Print: Mar 19, 2007**                              **75832331**

## DESIGN MARK

**Serial Number**
75832331

**Status**
REGISTERED

**Registration Number**
2670791

**Date Registered**
2003/01/07

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(2) DESIGN ONLY

**Owner**
T-UP Biosystems, Inc. CORPORATION NEW YORK 458 Neptune Ave, Suite 11F
Brooklyn NEW YORK 112244325

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
nutraceuticals, namely dietary supplements, vitamin and mineral
supplements, herbal and plant derived products, namely, dietic food
supplements in the form of capsules, tablets, lozenges, sprays, drops,
extract powders, teas and tea bags; dietetic substances for
improvement of health, namely food for medically restricted diets;
dietary nutritional supplement drink mixes in liquid or powdered form
for use as a meal replacement; herbal supplements; herbal food
supplements; herbal teas for medicinal purposes; herbs for medicinal
purposes; medical herbal tonics for improvement of health; medicated
herbal and plant derived hygiene products for personal use, namely,
disposable liquid douche, vaginal anti-itch ointment and
suppositories; nutritional supplements made from roots for improvement
of general health for internal and external use; roots for medicinal
purposes; vitamin and mineral food supplements; mineral supplements
and vitamin supplements in the form of a chewing gum; medicated herbal
and nutritional transdermal beauty care supplement preparations,
namely, skin, hair, nails, sunburn, facial, body sprays, body lotions
and creams; medicated hair shampoos, hair conditioners, hair gels,
hair mousse, skin toners, lip balm, lip ointment, lip gloss, and
facial tissues; medicated adhesive tape; medicated hand and body soaps
and deodorants made with natural herbal and plant preparations;
natural herbal products, namely aroma therapy packs containing herbs

-1-

Print: Mar 19, 2007                    75832331

used for aroma therapy; nutritional supplements for protection against
aging; medicated serums, lotions and balms for anti-aging of skin for
internal and external use; nutritional food additives; nutritional
food additives for hair, nail and skin care; medicated transdermal
creams, lotions, ointments, scrums, balms; antioxidant balms in serum
and vitamins form; medicated lipid balms in serum form made with
nutritional supplements; topical gel for anti-itching and bug-bites;
medicated medicinal oils external use; medicinal nutritional oils and
gels for external use to deliver vitamins, hormones, minerals, herbs,
plants, or other nutritional supplements; all purpose disinfectants;
antiseptics made with herbal and plant derived ingredients.  First
Use: 1998/04/08.  First Use In Commerce: 1999/04/28.

**Lining/Stippling Statement**
The stippling in the mark is a feature of the mark and is not intended
to indicate color.

**Filing Date**
1999/10/27

**Examining Attorney**
DEFORD, JEFF



**Print: Mar 19, 2007**                    **75832333**


## DESIGN MARK

**Serial Number**
75832333

**Status**
REGISTERED

**Word Mark**
THE POSITIVE HIGHER STRUCTURE

**Standard Character Mark**
No

**Registration Number**
2670792

**Date Registered**
2003/01/07

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
T-UP Biosystems, Inc. CORPORATION NEW YORK 458 Neptune Ave, Suite 11F
Brooklyn NEW YORK 112244325

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
nutraceuticals, namely dietary supplements, vitamin and mineral
supplements, herbal and plant derived products, namely, dietic food
supplements in the form of capsules, tablets, lozenges, sprays, drops,
extract powders, teas and tea bags; dietetic substances for
improvement of health, namely food for medically restricted diets;
dietary nutritional supplement drink mixes in liquid or powdered form
for use as a meal replacement; herbal supplements; herbal food
supplements; herbal teas for medicinal purposes; herbs for medicinal
purposes; medical herbal tonics for improvement of health; medicated
herbal and plant derived hygiene products for personal use, namely,
disposable liquid douche, vaginal anti-itch ointment and
suppositories; nutritional supplements made from roots for improvement
of general health for internal and external use; roots for medicinal
purposes; vitamin and mineral food supplements; mineral supplements
and vitamin supplements in the form of a chewing gum; medicated herbal
and nutritional transdermal beauty care supplement preparations,

-1-

**Print: Mar 19, 2007**                    **75832333**

namely, skin, hair, nails, sunburn, facial, body sprays, body lotions
and creams; medicated hair shampoos, hair conditioners, hair gels,
hair mousse, skin toners, lip balm, lip ointment, lip gloss, and
facial tissues; medicated adhesive tape; medicated hand and body soaps
and deodorants made with natural herbal and plant preparations;
natural herbal products, namely aroma therapy packs containing herbs
used for aroma therapy; nutritional supplements for protection against
aging; medicated serums, lotions and balms for anti-aging of skin for
internal and external use; nutritional food additives; nutritional
food additives for hair, nail and skin care; medicated transdermal
creams, lotions, ointments, scrums, balms; antioxidant balms in serum
and vitamins form; medicated lipid balms in serum form made with
nutritional supplements; topical gel for anti-itching and bug-bites;
medicated medicinal oils external use; medicinal nutritional oils and
gels for external use to deliver vitamins, hormones, minerals, herbs,
plants, or other nutritional supplements; all purpose disinfectants;
antiseptics made with herbal and plant derived ingredients.  First
Use: 1998/10/26.  First Use In Commerce: 1999/01/25.

**Filing Date**
1999/10/27

**Examining Attorney**
DEFORD, JEFF

-2-

# THE POSITIVE HIGHER STRUCTURE

Print: Mar 19, 2007                                    78007248

**DESIGN MARK**

**Serial Number**
78007248

**Status**
REGISTERED

**Word Mark**
THE COLD SORE SOLUTION

**Standard Character Mark**
No

**Registration Number**
2465847

**Date Registered**
2001/07/03

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Pure Lip, Inc. CORPORATION CALIFORNIA 12340 Santa Monica Boulevard
Suite 230 Los Angeles CALIFORNIA 90025

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S:
lipcare product, namely, medicated lip balm and lip cream for the
treatment of cold sores. First Use: 2000/03/18. First Use In
Commerce: 2000/05/04.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLD SORE" APART FROM
THE MARK AS SHOWN.

**Filing Date**
2000/05/08

**Examining Attorney**
CRAWFORD, MARY

-1-

# THE COLD SORE SOLUTION

**Print: Mar 19, 2007**                      **78059482**

**DESIGN MARK**

**Serial Number**
78059482

**Status**
REGISTERED

**Word Mark**
TRUFAUX

**Standard Character Mark**
No

**Registration Number**
2796006

**Date Registered**
2003/12/16

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
TRUFAUX, L.L.C. LTD LIAB CO TEXAS 5402 MILLER AVENUE DALLAS TEXAS
75206

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
BATH SALTS, BODY MOUSSE, BODY LOTION, NON-MEDICATED LIP BALM AND LIP
OINTMENT, SCENTED BATH SOAP FOR SKIN, SCENTED BODY OIL.  First Use:
2001/03/00.  First Use In Commerce: 2001/03/00.

**Filing Date**
2001/04/20

**Examining Attorney**
BROWN, BARBARA

**Attorney of Record**
Kristy Bullard Mothersbaugh

-1-



**Print: Mar 19, 2007**                              **78233453**

## TYPED DRAWING

**Serial Number**
78233453

**Status**
REGISTERED

**Word Mark**
BLISTEX

**Standard Character Mark**
No

**Registration Number**
2817472

**Date Registered**
2004/02/24

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Blistex Bracken Limited Partnership LIMITED PARTNERSHIP WASHINGTON
1325 - 4th Avenue, Suite 1402 Seattle WASHINGTON 98101

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Lip and skin care products namely-- lip balm; non-medicated lip
ointment for the prevention and treatment of blistered, chapped,
sunburned and irritated lips, cold sores, and fever blisters; and, sun
screen.  First Use: 1939/07/01.  First Use In Commerce: 1939/07/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
medicated preparations for treating and preventing blistered, chapped,
and irritated skin and lips, cold sores, fever blisters, mouth
irritations, and sunburn.  First Use: 1939/07/01.  First Use In
Commerce: 1939/07/01.

**Prior Registration(s)**
0804558;1897266;AND OTHERS

**Filing Date**

-1-

**Print: Mar 19, 2007**                    **78233453**

2003/04/03

**Examining Attorney**
SNYDER, NELSON

**Attorney of Record**
James R. Uhlir

**Print: Mar 19, 2007**                    **78325797**

**DESIGN MARK**

**Serial Number**
78325797

**Status**
REGISTERED

**Word Mark**
ARBONNE INTERNATIONAL

**Standard Character Mark**
Yes

**Registration Number**
3159813

**Date Registered**
2006/10/17

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
ARBONNE INTERNATIONAL, LLC CORPORATION DELAWARE 9400 JERONIMO ROAD
IRVINE CALIFORNIA 92618

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
FULL LINE OF HAIR CARE, BODY CARE AND SKIN CARE PRODUCTS, NAMELY
CLEANSING CREAM, CLEANSING GEL, CLEANSING LOTION, BODY LOTION,
HYDRATING BODY LOTION, MOISTURIZING LOTION, FOOT CARE LOTION,
CLEANSING SCRUB, MASQUE, FACIAL SCRUB, TONER, REFINING TONER,
BALANCING TONER, FRESHENER, MOISTURE CREAM, NIGHT CREAM, EYE CREAM,
CORRECTIVE EYE CREAM, REJUVENATING CREAM, REJUVENATING MIST, SKIN
CONDITIONING OIL, HAND CREAM, SHAVE GEL, ASTRINGENT SPRAY, EXFOLIANT,
MOISTURIZER, OIL FREE CLEANSER, OIL FREE TONER, OIL ABSORBING FACIAL
POWDER, DEEP-CLEANING WASH, SUNSCREEN, LIP BALM, AFTER SUN LOTION,
HAIR PROTECTANT, SUNTANNING PREPARATIONS, SUNTANNING OIL, TAN
ENHANCER, HYDRATING WASH, DAY CREAM, FACIAL SERUM, CORRECTIVE EYE
CREAM, REVERSING GELÉE, PORE CLEANING MASQUE, FREE-RADICAL PROTECTING
BODY SERUM, FOAMING BODY WASH, SHAMPOO, CONDITIONER, SCALP
REVITALIZER, BALANCING CREAM, HAIR AND BODY WASH, BODY OIL, SEA SALT
SCRUB, BATH AND SHOWER GEL, BATH SALTS, MASSAGE OIL, MAKEUP, FINISHING
POWDER, PRESSED POWDER, EYE PENCILS, EYE SHADOW, FACE BLUSHERS,

-1-

Print: Mar 19, 2007                    78325797

EYELASH THICKENER, LIP MOISTURIZER, LIPSTICKS, LIP PENCILS, EYE MAKEUP
REMOVER PADS, LIP OINTMENT; FULL LINE OF COLOR COSMETICS. First Use:
1980/11/10. First Use In Commerce: 1980/11/10.

### Goods/Services
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S:
OIL FREE ACNE LOTION, NUTRITIONAL SUPPLEMENTS, DIETARY SUPPLEMENTS,
NUTRITIONAL DRINK MIX FOR USE AS A MEAL REPLACEMENT, VITAMINS, HERBAL
SUPPLEMENTS, VITAMIN AND MINERAL SUPPLEMENTS. First Use: 1995/03/03.
First Use In Commerce: 1995/03/03.

### Prior Registration(s)
1770981

### Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNATIONAL" APART
FROM THE MARK AS SHOWN.

### Filing Date
2003/11/10

### Examining Attorney
CLAYTON, CHERYL

### Attorney of Record
Kenneth J. Hovet

-2-

# ARBONNE INTERNATIONAL

Print: Mar 19, 2007                    78396276

## DESIGN MARK

**Serial Number**
78396276

**Status**
REGISTERED

**Word Mark**
ARBONNE

**Standard Character Mark**
Yes

**Registration Number**
3159918

**Date Registered**
2006/10/17

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
ARBONNE INTERNATIONAL, LLC CORPORATION DELAWARE 9400 JERONIMO ROAD
IRVINE CALIFORNIA 92618

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
FULL LINE OF HAIR CARE, BODY CARE AND SKIN CARE PRODUCTS, NAMELY,
CLEANSING CREAM, CLEANSING GEL, CLEANSING LOTION, BODY LOTION,
HYDRATING BODY LOTION, MOISTURIZING LOTION, FOOT CARE LOTION,
CLEANSING SCRUB, MASQUE, FACIAL SCRUB, TONER, REFINING TONER,
BALANCING TONER, FRESHENER, MOISTURE CREAM, NIGHT CREAM, EYE CREAM,
CORRECTIVE EYE CREAM, REJUVENATING CREAM, REJUVENATING MIST, SKIN
CONDITIONING OIL, HAND CREAM, SHAVE GEL, ASTRINGENT SPRAY, EXFOLIANT,
MOISTURIZER, OIL FREE CLEANSER, OIL FREE TONER, OIL ABSORBING FACIAL
POWDER, DEEP-CLEANING WASH, SUNSCREEN, LIP BALM, AFTER SUN LOTION,
HAIR PROTECTANT, SUNTANING PREPARATIONS, SUNTANNING OIL, TAN ENHANCER,
HYDRATING WASH, DAY CREAM, FACIAL SERUM, CORRECTIVE EYE CREAM,
REVERSING GELÉE, PORE CLEANING MASQUE, FREE-RADICAL PROTECTING BODY
SERUM, FOAMING BODY WASH, SHAMPOO, CONDITIONER, SCALP REVITALIZER,
BALANCING CREAM, HAIR AND BODY WASH, BODY OIL, SEA SALT SCRUB, BATH
AND SHOWER GEL, BATH SALTS, MASSAGE OIL, MAKEUP, COLOR WAND, FINISHING
POWDER, PRESSED POWDER, EYE PENCILS, EYE SHADOW, FACE BLUSHERS,

**Print: Mar 19, 2007**                    **78396276**

EYELASH THICKENER, LIP MOISTURIZER, LIPSTICKS, LIP PENCILS, EYE MAKEUP
REMOVER PADS, LIP OINTMENT; FULL LINE OF COLOR COSMETICS. First Use:
1980/11/10. First Use In Commerce: 1980/11/10.

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S:
OIL FREE ACNE LOTION, NUTRITIONAL SUPPLEMENTS, DIETARY SUPPLEMENTS,
NUTRITIONAL DRINK MIX FOR USE AS A MEAL REPLACEMENT, VITAMINS, HERBAL
SUPPLEMENTS, VITAMIN AND MINERAL SUPPLEMENTS. First Use: 1995/03/03.
First Use In Commerce: 1995/03/03.

**Filing Date**
2004/04/05

**Examining Attorney**
CLAYTON, CHERYL

**Attorney of Record**
Kenneth J. Hovet

-2-

# ARBONNE

**Print: Mar 19, 2007**                              **78977520**

## DESIGN MARK

**Serial Number**
78977520

**Status**
REGISTERED

**Word Mark**
THE BONNE BELL COMPANY

**Standard Character Mark**
Yes

**Registration Number**
3170194

**Date Registered**
2006/11/07

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Bonne Bell, Inc. CORPORATION OHIO Georgetown Row 18519 Detroit Avenue
Lakewood OHIO 441073292

**Goods/Services**
Class Status -- ACTIVE. IC 003. US 001 004 006 050 051 052. G & S:
Cosmetics, namely, skin cleansers, facial cleansers, body powder, face
powder, eye shadow, liquid eyeliner, cosmetic pencils, eye pencils,
mascara, makeup, skin cream, moisturizing skin lotion, lipstick,
non-medicated lip balm, lip gloss, nail polish, lip cream, bronzing
powder and lotion, face glitter, and face paint. First Use:
2005/03/00. First Use In Commerce: 2005/03/00.

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S:
Medicated lip balms and medicated lip glosses. First Use: 2005/03/00.
First Use In Commerce: 2005/03/00.

**Prior Registration(s)**
2617932

**Disclaimer Statement**

-1-

**Print: Mar 19, 2007**                    **78977520**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE COMPANY APART FROM THE MARK AS SHOWN.

**Filing Date**
2003/12/17

**Examining Attorney**
KHAN, ASMAT

**Attorney of Record**
Sandra M. Koenig

# THE BONNE BELL COMPANY