**Exhibit 3**

Case 1:07-cv-07574-DC   Document 1-6   Filed 08/27/2007   Page 1 of 12

# **EINSTEIN COSMETICS LLC RETAIL LOCATIONS**

SPA DU SOLEIL, SCOTTSDALE, AZ

TICKLED PINK, SCOTTSDALE, AZ

CHRISSY'S POST OFFICE, 1916 W BASELINE RD SUITE, MESA, AZ 85202

BROADWAY PALM DINNER THEATER, 5247 EAST BROWN ROAD, MESA, AZ 85206

AJ'S, 2805 EAST SKYLINE, TUCSON, AZ 85718

AMERICAN DISCOUNT BEAUTY SUPPLY, BEVERLY HILLS, CA

B & B INTERIORS., MORAGA, CA

BEAUTY BAR APOTHECARY ., BEVERLY HILLS, CA

BELLA D'ORA SPA ., CARLSBAD, CA

FOX DRUG STORE, 1939 HIGH STREET SELMA, CA

GREEN TEA ., PACIFIC PALISADES, CA

HACIENDAS DE MEXICO, CHULA VISTA, CA

HEARTS DELIGHT, 457 POLLASKY CLOVIS, CA

KITSON ON ROBERTSON, LOS ANGELES, CA

PERIWINKLE., FOLSOM, CA

PLANET BLUE . SANTA MONICA, CA & MALIBU, CA

SPRING PARK PHARMACY, LONG BEACH, CA

THE SPORTS CLUB COMPANY, BEVERLY HILLS, CA

THE SPORTS CLUB COMPANY, LOS ANGELES, CA

THE SPORTS CLUB COMPANY, SAN FRANSISCO, CA

ATMOSPHERE ., LOS ANGELES, CA

BEAUTY CENTER ., LOS ANGELES, CA

BEN'S VAL MESA PHARMACY ., FULLERTON, CA

DESERT ROSE SALON & SPA, UPLAND, CA

PRIMA BEAUTY, LOS ANGELES, CA

RAFFIA, 3835 E. THOUSAND OAKS BLVD. WESTLAKE VILLAGE, CA 91362

PETALS N WAX HOME, 2701 ORCHARD PLACE, SOUTH GATE, CA 90280

ARICO'S HALLMARK SHOP, 3856 SEPULVEDA BLVD, TORRANCE, CA 90505

POUR LE BAIN, 6721 GREENLEAF AVE, WHITTIER, CA 90601

THROUGH THE GARDEN GATE TOO, 830 E WHITTIER BLVD. LA HABRA, CA 90631

HALLMARK CREATIONS - WESTLAKE, 120 PROMENADE WAY, THOUSAND OAKS, CA 91362

CITRUS VALLEY MEDICAL CENTER, 210 W SAN BERNARDINO RD, COVINA, CA 91723

WINDSOR COTTAGE, 8976 FOOTHILL BLVD, STE B10 RANCHO CUCAMONGA, CA 91730

JODIE'S HALLMARK, 2620 E WORKMAN AVE #6, EASTLAND SHOPPING CENTER, WEST COVINA, CA 91761

JODIE'S HALLMARK , 222 S DIAMOND BAR BLVD. DIAMOND BAR, , CA 91765

PHILLIPS RANCH PHARMACY, 8 A VILLAGE LOOP ROAD, POMONA, CA 91766

CYNTHIA'S HALLMARK, LA MESA, CA 91943

POSTAL ANNEX #256, 5620 PASEO DEL NORTE #127C, CARLSBAD, CA 92008

BEAUTY AND BOUTIQUE, 2673 VIA DE LA VALLE, DEL MAR, CA 92014

MARY'S TACK & FEED, 3675 VIA DE LA VALLE, DEL MAR, CA 92014

BURNS DRUG, 7824 GIRARD AVE, LA JOLLA, CA 92037

TRI-CITY HOSPITAL AUXILIARY GIFT SHOP, 4002 VISTA WAY, OCEANSIDE, CA 92056

BLISS , 13627 ATOKA PL, POWAY, CA 92064

DESTINATION, 857 W. HARBOR DRIVE, SAN DIEGO, CA 92101

FLORA ITALIA, 1501 INDIAST #103, SAN DIEGO, CA 92101

TOP IT OFF, 809-B WEST HARBOR DR. SAN DIEGO, CA 92101

JADE BEAUTY CENTER, 11990 CARMEL MTN. RD #246, SAN DIEGO, CA 92128

BEAUTY SUPPLY & SALON 22, 12857 EL CAMINO REAL STE 114, SAN DIEGO, CA 92130

MR G'S, 180 N PALM CANYON, PALM SPRINGS, CA 92262

HAVEN, 17471 OUTER BEAR VALLEY ROAD, HESPERIA, CA 92345

JUDY'S HALLMARK , 7211 BOULDER AVE, HIGHLAND, CA 92346

VICTOR VALLEY COMMUNITY HOSPITAL, 15248 11TH ST, VICTORVILLE, CA 92395

TWYLTH TEG , YUCAIPA BLVD. YUCAIPA, CA 92399

MICHELLE'S HALLMARK, 16640 ANGELICA CT, RIVERSIDE, CA 92503

INTERNATIONAL IMPORTERS, 54225 N CIRCLE # 3, PO BOX 885, IDYLLWILD, CA 92549

MORENO VALLEY FLOWER BOX, 12625 FREDERICK ST # F-2, MORENO VALLEY, CA 92553

GIFT GALLERIA IRVINE, 16200 SAND CANYON AVE, IRVINE, CA 92618

SCMC GIFT SHOP, 31872 COAST HWY, LAGUNA BEACH, CA 92651

PUT IT ON, 2200 HARBOR BLVD. COSTA MESA, CA 92657

IMAGES HALL MARK STORES, 1040 IRVINE BLVD, NEWPORT BEACH, CA 92660

SAND'S CARDS & GIFTS DBA, SANDS HALLMARK, 869 NEWPORT CENTER, NEWPORT BEACH, CA 92660

GUINEVERE'S GIFTS AND INTERIORS, 136 AVENIDA DEL MAR, SAN CLEMENTE, CA 92672

SUNSPLASH, 152 AVENIDA DEL MAR, SAN CLEMENTE, CA 92672

GOO BABY, 22312 EL PASEO #D, RANCHO SANTA MARGARITA, CA 92688

COUNTRY HOLLOW , 24011-C MARGUERITE PKWY, MISSION, VIEJO, CA 92691

CLASSIC CARDS & GIFTS, MISSION VIEJO, CA 92692

TRES JOLIE, 23052 ALICIA PKWY, MISSION VIEJO, CA 92692

DEVINE TREASURES, 25662 CROWN VALLEY SUITE H4, LADERA RANCH, CA 92694

MAIL BOXES OF TUSTIN, 17TH ST STE J. TUSTIN, CA 92780

ANAHEIM MEMORIAL MEDICAL CTR, 1111 W LA PALMA, ANAHEIM, CA 92801

CELEBRATIONS HALLMARK , 8126 E. SANTA ANA CANYON ROAD, ANAHEIM, CA 92808

BEN'S VAL MESA PHARMACY, 100 E VALENCIA MESA, FULLERTON, , CA 92835

SOMEPLACE IN TIME, 119 S GLASSELL, ORANGE, CA 92866

VANITY'S, 7600 E. CHAPMAN, ORANGE, CA 92869

BEYOND THE GARDEN GATE, 2279 EAGLE GLEN PARKWAY, CORONA, CA 92883

CORONA HOSPITAL , 800 S MAIN, CORONA, , CA 92883

VILLA TASCA, 401 E MAIN ST.VENTURA, CA 93001

ENLIGHTENED SIGHTS, 819 STATE ST. SANTA BARBARA, CA 93101

TULARE DISTRICT HOSPITAL AUXILARY, 869 CHERRY AVE, TULARE, CA 93274

INTO THE FOREST, 155 H ST. BAKERSFIELD, CA 93304

BEAUTY 4 YOU, 2345 N. CHESTER AVE. BAKERSFIELD, CA 93308

JOINUS BEATY SUPPLY, 3719 WILSON RD. #B-5, BAKERSFIELD, CA 93309

VANESSA'S HALLMARK, 1540 N H STREET LOMPOC, CA 93436

FRESNO CITY COLLEGE BOOKSTORE, 1101 E UNIVERSITY AVE, FRESNO, CA 93711

SIMONIAN FARMS, 2629 S CLOVIS AVE, FRESNO, CA 93725

PARTINGTON RIDGE CO., 451 CANYON DEL REY ROAD, DEL REY OAKS, CA 93940

STANFORD HOSPITAL GIFT SHOP, 300 PASTEUR DRIVE, STANFORD, CA 94305

EL CORRAL BOOKSTORE, CAL POLY STATE UNIVERSITY, SAN LUIS OBISPO, CA 94507

KOA STOCKTON, 2851 EAST EIGHT MILE ROAD, LODI, CA 95240

A HEAVENLY OASIS, 1710 MAIN STREET, ESCALON, CA 95320

BOB'S / BGC PHARMACY, MCHENRY AVE SUITE 202, ESCALON, CA 95320

NAOMI'S HOME DECOR, 536 N MAIN STREET, MANTECA, CA 95336

MERCY FOLSOM HOSPITAL GIFTS SHOP, 1650 CREEK DR, FOLSOM, CA 95630

RUBY GOOSE, 436 G STREET STE 100, LINCOLN, CA 95648

YOUNGMARK NURSERY, 617 WEST ST. WOODLAND, , CA 95695

VILLA FLUER-DE-LYS, 8745 AUBURN FOLSOM ROAD, GRANITE BAY, CA 95746

GENERATIONS', 650 MARKET ST. COLUSA, CA 95932

FIR STREET GALLERY & GIFTS, 6256 SKYWAY, PARADISE, CA 95969

OLD GLORY FEED & MERCHANTILE, DBA/ WAY OUT WEST, 3107 HWY 99, CHICO, CA 95973

CEDROS SOLES, 143 SOUTH CEDROS AVE SUITE L, SOLANA BEACH, CA 92075

KISS & MAKEUP, WEST VANCOUVER, CANADA

ONLY FOR HER, 98 MAIN STREET, ANSONIA, CT 06401

THE SPORTS CLUB COMPANY, BOSTON, DC

ODYSEA, 110 REHOBOTH AVE. REHOBOTH BEACH, DE 19971

TRADITIONS, JACKONSVILLE, FL

SASSY'S OF LAKE CITY, 2941 WEST US HWY 90, STE 113, LAKE CITY, FL 32055

FAERY TAILS, 106 ST. GEORGE STREET SUITE G, ST. AUGUSTINE, FL 32084

THINKING OF YOU/ MIRABELLA'S, 5109 NW 39TH AVE, GAINESVILLE, FL 32606

NFX POTHECARY & SHOPPE, 327 PARK AVE SOUTH, WINTER PARK, FL 32789

SARAH'S HALLMARK, 3942 S SEMORAN BLVD, ORLANDO, FL 32822

KORNER KUPBOARD GIFT SHOP, 701 W COCOA BEACH CAUSEWAY, COCOA BEACH, FL 32932

FIREFLY, 6300 N WICKHAM RD #125, MELBOURNE, FL 32940

JUPITER AUTO SPA, 220 MAPLEWOOD DR, JUPITER, FL 33458

KEY WEST CROSSING , 617 LAKE AVE. LAKE WORTH, , FL 33460

JUPITER BEACH RESORT GIFT SHOP, 5 NORTH HIGHWAY A1A, JUPITER, FL 33477

DELRAY BEACH MARRIOTT, 10 N OCEAN BLVD, DELRAY BEACH, FL 33483

ST JOSEPH GIFT SHOP, 3001 W DR MARTIN LUTHER KING, TAMPA, FL 33607

CASUAL CONSIDERATIONS INC, 13132 NORTH DALE MABRY HWY, TAMPA, FL 33618

PARTY PAGES, 12231 W. LINEBAUGH AVE. TAMPA, FL 33626

ST JOSEPH'S GIFT SHOP, 3001 W DR MARTIN LUTHER KING, TAMPA, FL 33677

MORTON PLANT HOSPITAL GIFT SHOP, 300 PINNELLAS ST. CLEARWATER, FL 33756

KEYWEST OUTPOST, 401 SECOND STREET, INDIAN ROCKS BEACH, FL 33785

AMY'S SOMETHING SPECIAL, 630 TARPON BAY RD, SANIBEL, FL 33957

MARCO RIVER MARINA, INC 239-394-2502, 951 BALD EAGLE DRIVE, MARCO ISLAND, FL 34145

CROWDER'S GIFTS & GADGETS, 5409 MANATEE AVE WEST, BRADENTON, FL 34209

2 FOR ME, 1 FOR YOU!, 319 JOHN RINGLING BLVD, SARASOTA, FL 34235

CAT'S MEOW, 5477 VARDON CT. SPRING HILL, FL 34609

PORT TAMPA MARINA, TARPON SPRINGS, FL 34689

THE PELICAN, TARPON SPRINGS, FL 34689

THIS OLD PLACE, 454 MAIN STREET, SAFETY HARBOR, FL 34695

SUZIE'S HALLMARK, 3427 HWY 441 SOUTH OKEECHOBEE, FL 34974

LIFESTYLES OF LYNNE, 284 ESPLANDE SUITE 52B, ROYAL PALM PLAZA, BOCA RATON, FL33432

ENCHANTRESS BOUTIQUE, 3750 WAILEA ALANUI DRIVE #B8, KIHEI, HI 96753

NATURAL SELECTION SHOP, HANAWMA BAY, 100 HANAWMA BAY ROAD, HONOLULU, HI 96825

AMANA GENERAL STORE , 220TH TRAIL PO BOX 305 AMANA, IA

GUILDED CAGE FLOWER & GIFT SHOP, 1200 PLEASANT ST. DES MOINES, IA 50309

VINTAGE IRON CO., 104 MAIN STREET, CEDAR FALLS, IA 50613

IOWA BOOK & SUPPLY CO, 8 SOUTH CLINTON, IOWA CITY, IA 52244

A FRENCH ACCENT, 124 2ND AVE NORTH, MYT. VERNON, IA 52314

MERCY FLOWERS & GIFTS , 701 10TH STREET S.E. CEDAR RAPIDS, IA 52403

GREAT RIVER GALLERY, 926 MAIN ST, KEOKUK, IA 52632

UNITYWINDOW BOX, 1518 MULBERRY AVE. MUSCATINE, IA 52761

KURT'S HALLMARK, 1485 POLE LINE ROAD E TWIN FALLS, ID 83301

CLUB 1316, 172 W. STATE STE F. EAGLE, ID 83616

SKIN DEEP LLC, 1124 1 ST STREET S, NAMPA, ID 83651

SUN VALLEY GIFTS, SUN VALLEY, IDAHO, ID

THE RECORD EXCHANGE, BOISE, IDAHO, ID

ART EFFECT, CHICAGO, , IL

LORENN'S HALLMARK , HUNTLEY, IL 60142

ST. MARY MEDICAL CENTER., 3333 NORTH SEMINARY GALESBURG, IL 61401

CYRUS, 401 SW WATER ST STE 108A, PEORIA, IL 61602

ATRIUM BOUTIQUE, BLOOMINGTON, IL 61702

PASSAVANT AREA HOSP GIFT SHOP, 1600 W WALNUT, JACKSONVILLE, IL 62650

BELLA ON 7TH, 2939 MONTVALE DR, SPRINGFIELD, IL 62704

SUNCATCHERS, INC, 1348 119TH STREET, WHITING, IN 46394

BALL MEMORIAL HOSPITAL GIFT SHOP, 2401 W UNIVERSITY AVE, MUNCIE, IN 47303

WHIMSY, 126 E MAIN ST, GEORGETOWN, KY 40324

CARTER CAVES, 1002 CAVEBRANCH RD, OLIVE HILL, , KY 41164

PRATER DRUG, 200 CHURCH ST, SAYERSVILLE, KY 41465

ROSE LYNN'S HALLMARK , 800 METAIRIE RD. STE.J METAIRIE, LA 70005

RUSSOS PHARMACY, 7902 HWY 23, BELLE CHASSE, LA 70037

TREASURES IN THE SQUARE, 28 SOUTH ST, WINGHAM, MA 02043

CHEEKY DIVA, 434 WASHINGTON STREET DEDHAM, MA 02026

SRG ENTERPRISES INC, 26 TARA DR, PEMBROKE, MA 02359

PRISCILLA'S OF PLYMOUTH, 17 MAIN STREET, PLYMOUTH, MA 02360

TIDEWATER PHARMACY, MECHANICSVILLE, MD 20659

IT'S SERENDIPITY, 103 EAST WATER STREET, CENTERVILLE, MD 21617

FLIGHTS OF FANCY, 20 EAST STREET, FREDERICK, MD 21701

SHINE, 621 S WASHINGTON, ROYAL OAK, MI 48067

COTTONWOOD CANDLE, 671 COOPER ST MONROE, MI 48161

MORGAN'S HALLMARK, 10871 HIGHLAND RD, WHITE LAKE, MI 48386

DANDY LIONS FLORAL, OLIVET, MI 49076

HOME CRAFTERS GALLERY, WEST 148TH STREET APPLE VALLEY, MN

TESKE DRUG, 963 FRONTAGE ROAD EAST, LITCHFIELD, MN 55355

OTTEN BROS NURSERY, LONG LAKE, MN 55356

THE HUNT QUEENS INC, 269 EAST LAKE ST, WAYZATA, MN 55391

CARLA'S GIFTS, 201 14TH AVE SW, ROCHESTER, MN 55902

VILLAGE PHARMACY, 108 2ND AVE, SAUK RAPIDS, MN 56379

INSIDE OUT, NISSWA, MN 56468

J & D TREASURES, 1572 PARK RIDGE LANE, ARNOLD, MO 63010

ADAM'S MARK HOTELS, FOURTH & CHESTNUT STREET, SAINT LOUIS, MO 63102

EXECUTIVE HOTEL MANN / HOLIDAY INN SELECT, MO 65203

TRENIQUE, 3821 S. CAMBELL, SPRINGFIELD, MO 65807

MIMOSA FLOWERS & GIFTS, 2580 WEST JACKSON AVE, OXFORD, MS 38655

SUSAN'S FLOWERS AND GIFTS, 103 S. SECOND ST. BALWYN, MS 38824

EMMA'S EVERYTHING, 2019 HWY 72 E, CORINTH, MS 38834

HENRICH DRUG STORE INC, 210 COURT SQUARE, LEXINGTON, MS 39095

SASSY DESIGNS, 203 N. JEFFERSON ST, MACON, MS 39341

SIMPLY IRRESISTABLE, 100-A WEST CHURCH ST, QUITMAN, MS 39355

SHAPPY CHIC BOUTIQUE, 804 STATION ST, WAYNESBORO, MS 39367

ROCKIN RUDYS ., MISSOULA, MT

SNYDER DRUG, 2515 6TH AVE. NORTH GREAT FALLS, MT 59401

SCIENCE GIFTS, 123 SCENIC OUTLET, MOUNT AIRY, NC 27030

SPECIALTY GIFTS, MOUNT AIRY, NC 27030

LYDIA'S GIFTS & MORE, 8845 SIX FORKS RD, NC 27615

VICTORIA COLE GIFTS, 112 E MAIN ST CHERRYVILLE, NC 28021

TROPICAL CONNECTION / WOODIES, 230 N MAIN ST., MOORESVILLE, NC 28115

EWING-DUNN, INC, 6416 CARMEL RD, STE 401 CHARLOTTE, NC 28226

CANNON MEMORIAL HOSP-GIFT SHOP, LINVILLE, NC 28646

SOUTHERN GRACE COMPANY LLC, 78 OLA MAE WAY, TRYON, NC 28782

CHAMELEON, 1008 HOWARD STREET, OMAHA, NE 68102

E STREET DISCOUNT PHARMACY, 470 E ST. DAVID CITY, , NE 68632

COSMIC COW, 6136 HAVELOCH AVE, LINCOLN, NE 68807

TONY'S FAMILY PHARMACY, CHADWICK SQUARE, NJ

CLEMENTINES, CHATSWORTH, NJ 08019

SESSOM'S GIFT & CANDLES, 605 SHORE RD. SOMERS POINT, NJ 08244

BELLEZZA AT CAESARS, 741 MASSACHUSETTS AVE. ATLANTIC CITY, NJ 08401

RELISH, ALBUQUERQE, NM

DURAN CENTRAL PHARMACY, 1815 CENTRAL PHARMACY, ALBUQUERQUE, NM 87107

MICHAEL'S PRESCRIPTION CORNER, 123 WEST AVENUE A / CORNER OF 2ND & A LOVINGTON, NM 88260

EVERYTHING BUT THE KITCHEN SINK, 1300 SUNSET, THE GALLERIA, HENDERSON, NV

FRESH IDEAS, GARDNERVILLE, NV

SECOND STREET SEASONALS, WINNEMUCCA, NV

FIESTA HENDERSON CASINO HOTEL, 777 W LAKE MEAD DR. HENDERSON, NV 89015

COLORADO BELLE GIFT SHOP, 2100 S CASINO DR, LAUGHLIN, NV 89028

C DESIGNS, 20 SO. DAHLIA, PAHRUMP, NV 89048, FL33432

THE ORLEANS HOTEL, 4500 W. TROPICANA AVE. LAS VEGAS, NV 89103

OMNI CHEMISTS, 3200 LAS VEGAS BLVD SOUTH #1215 PHARMACY AT FASHION SHOW MALL, LAS VEGAS, NV 89109

QUILTED BEAR DBA MARYLAND GIFTS, 9893 S. EASTERN AVE, MARYLAND GIFTS, LAS VEGAS, NV 89123

SOUTH COAST HOTEL & CASINO, 9777 LAS VEGAS BLVD. SO. LAS VEGAS, NV 89123

MGM GRAND & MIRAGE RESORTS RETAIL, LAS VEGAS, NV 89193

BARNEYS NEW YORK, NEW YORK, , NY

AVELLINAS, 382 MAIN ST, CENTER MORICHES, NY 11934

POTTER HILL BAR, TROY BENNINGTON RD, HOOSICK FALLS, NY 12090

APPLE BARREL, 115 ST RT 30A SCHOHARIE, , NY 12157

MERCY ME GIFT SHOP, 315 S. MANNING BLVD. ALBANY, NY 12208

SCOTTS HALLMARK # 3, 262 SARATOGA ROAD, SCOTIA, NY 12302

N.GLEN FALLS HOSPITAL GIFT SHOP, 100 PARK ST, GLENS FALLS, NY 12801

FORT WILLIAM HENRY, 48 CANADA ST. LAKE GEORGE, NY 12845

IMPRESSIONS OF SARATOGA, 368 BROADWAY, SARATOGA, NY 12866

BIRCH STORE, THE, 1778 MAIN ST. KEENE VALLEY, NY 12943

BATH & BODY BASICS, 2527 MAIN STREET, LAKE PLACID, NY 12946

PARA JAX, 1 HILTON PLAZA, LAKE PLACID, NY 12946

MIAMI VALLEY HOSPITAL GIFT SHOP, 1 WYOMING ST. DAYTON, OH 45409

TWISTED SISTERS, 197 FRONT ST, MARIETTA, OH 45750

LUCY PALMER BOUTIQUE, 5833 JEAN RD. LAKE OSWEGO, OR 97035

TUALITY HOSPITAL GIFT SHOP, 335 SOUTHEAST 8TH AVE, HILLSBORO, OR 97123

DENYSE'S HALLMARK, 1321 N. HWY 99W, MCMINNEVILLE, OR 97128

TER HAR INC., 27 BROADWAY, SEASIDE, OR 97138

JUBITZ CASCADE GIFTS, PORTLAND, OR 97211

PROVIDENCE MED CTR GIFT SHOP, 4805 NE GLISAN, PORTLAND, OR 97213

TOPANIEN, 7832 SW CAPITOL HWY, PORTLAND, OR 97219

LEGACY EMANUEL HOSPITAL, 2801 N. GANTENBIEN, PORTLAND, OR 97227

DK'S CARDSMART, 12020 SE DIVISION ST, PORTLAND, OR 97266

JOAN E GIFTS, DEPOE BAY, OR 97341

SILVERTON HOSPITAL GIFT SHOP, 342 FAIRVIEW, SILVERTON, OR 97381

JERRY'S ROGUE JETS, GOLD BEACH, OR 97444

ADOBE RESORT, YACHATS, OR 97498

AMERICAN CANDLE / MEMORY TOWN, RTE 611 PO BOX 183, BARTONSVILLE, PA

ALLEGHENY GENERAL HOSPITAL, 320 E NORTH AVE, PITTSBURGH, PA 15212

GATTI PHARMACY, 701 PHILADELPHIA ST, INDIANA, PA 15701

HERSHEY PHARMACY, 731 CHERRY DRIVE, HERSHEY, PA 17033

ROYER PHARMACY, 2 E MAIN ST, EPHRATA, PA 17522

TIMELESS TREASURES, 1503 JOHN WHITE BLVD, SPARTANBURG, SC 29306

CURIOUS HEART, 2832 BRANSTORD AVE, NASHVILLE, TN 37204

TRINITY PHARMACY, 1925 E. ROSEMEADE, CARROLLTON, TX 75007

TEXOMA HEALTHCARE SYSTEM, DENISON, TX 75021

DELAINA ENT, INC / GIFTS & CARDS UNIQUE, 5729 LEBANON RD. BLDG B #132, FRISCO, TX 75034

PETITE MAISON BOUTIQUE, 704 SOUTH GOLIAD, ROCKWALL, TX 75087

ECO SALON & SPA/ ODZA BEAUTY CORP., 5964 WEST PARKER RD. #116, PLANO, TX 75093

URBAN FLOWERS & GIFT MART, 1907 SKILLMAN ST. DALLAS, TX 75206

GOOD SHEPHERD MEDICAL CENTER, 700 E MARSHALL AVE, LONGVIEW, TX 75601

LOU'S GIFT SHOP, 116 DAVIS ST, GILMER, TX 75644

VILLAGE PHARMACY OF SALADO, 213 MILL CREEK DRIVE #155, SALADO, TX 76571

HARTS N' CRAFTS, 1011 S UNIVERSITY PARKS, WACO, TX 76706

RHINESTONE RANCH, 909 N. FISK, BROWNWOOD, TX 76801

MONO MANIA, 11550 LOUETTA ROAD, SUITE 300, HOUSTON, TX 77070

IT'S ALL ABOUT ME, 309 MAIN ST #9, MARBLE FALLS, TX 78654

HOLLYWOOD & VINE, BASSETT CENTER MALL, 6101 GATEWAY WEST D-6 EL PASO, TX 79925

VANITIES, 7933 N. MESA, SUITE N EL PASO, TX 79932

CLASSY CORNER GIFT SHOP, 5475 SOUTH 500 EAST, OGDEN, UT 84405

CITY PEOPLE'S GARDEN STORE & LANDSCAPE, SEATTLE, WA

CITY PEOPLE'S MERCANTILE & GARDEN ., SEATTLE, WA

M, 1556 HARTNELL AVE. REDDING, WA 96002

CCS DIGITAL PRINTING, 13312 SE 30TH, BELLEVUE, WA 98005

SEATTLE SOAPWORKS, 157 JACKSON STREET SEATTLE, WA 98104

KUSLER'S PHARMACY, 700 AVENUE D, SNOHOMISH, WA 98290

BEARS & BOBBINS GIFTS, GRAHAM, WA 98338

GRAYS HARBOR COMMUNITY HOSPITAL, 915 ANDERSON DR, ABERDEEN, WA 98520

WHISTLIN JACK LODGE, 20800 HWY 410 NACHES, WA 98937

THERE ARE CURRENTLY NO STORES LISTED FOR YOUR SELECTED STATE