JUDGE CHIN

07 CIV 7574

DUANE MORRIS LLP
Gregory P. Gulia (GG 4215)
Eric W. McCormick (EM 1887)
Christopher J. Rooney (CR 3694)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000



RECEIVED
AUG 2 7 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNILEVER SUPPLY CHAIN, INC. and      :
CONOPCO, INC. d/b/a UNILEVER,        :           Civil Action No. _____
                                     :
                Plaintiffs,          :
                                     :           **RULE 7.1 DISCLOSURE**
        -against-                    :           **STATEMENT OF**
                                     :           **PLAINTIFFS**
EINSTEIN COSMETICS LLC and           :
BENJAMIN EINSTEIN,                   :
                                     :
                Defendants.          :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs, Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever (private non-governmental corporate parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held and/or own 10% or more of the said party's stock:

Unilever N.V. and Unilever PLC

Dated: New York, N.Y.
       August 24, 2007

DUANE MORRIS LLP

By: _____
Gregory P. Gulia (GG 4215)
Eric W. McCormick (EM 1887)
Christopher J. Rooney (CR 3694)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs
Unilever Supply Chain, Inc. and
Conopco, Inc. d/b/a Unilever