| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| DUANE MORRIS<br>633 W FIFTH ST<br>STE 4600<br>LOS ANGELES CA 90071<br>ATTORNEY FOR | 689-7400<br><br>Ref. No. or File No.<br>Y0759-00545 (NY) | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHORT TITLE OF CASE:
UNILEVER:EINSTEIN COSMETICS

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 188198 | | | | 07 CIV 7574 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS; COMPLAINT.

2. a. Party served:   BENJAMIN EINSTEIN
   b. Person served: Party in item 2.a

   c. Address: 14631 DICKENS ST
              STE 2
              SHERMAN OAKS CA 91405

3. Manner of service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 08/31/07 (2) At: 5:05PM

5. Person serving: MARIO SANDOVAL             Fee for service $        .00

APEX ATTORNEY SERVICES                d. Registered California process server
1055 WEST SEVENTH STREET              (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017                 (2) Registration No. 3104
213-488-1500 FAX                      (3) County: LOS ANGELES
                                      (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/12/07                        >
                                                   SIGNATURE