| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| DUANE MORRIS<br>633 W FIFTH ST<br>STE 4600<br>LOS ANGELES CA 90071<br>ATTORNEY FOR | 689-7400<br><br>Ref. No. or File No.<br>Y0759-00545 (NY) | |

| Insert name of court and name of judicial district and branch if any. |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |

| SHORT TITLE OF CASE: |
|---|
| UNILEVER:EINSTEIN COSMETICS |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 188054 | | | | 07 CIV 7574 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS; COMPLAINT.

2. a. Party served:  EINSTEIN COSMETICS LLC
   b. Person served: JOSEPH SHALANT
                     C.E.O/Authorized to Accept
   c. Address: 3699 WILSHIRE BL
               STE 1290
               LOS ANGELES CA 90010

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 08/29/07 (2) At: 5:26PM

5. Person serving: STEVE KAISER          Fee for service $      .00

APEX ATTORNEY SERVICES        d. Registered California process server
1055 WEST SEVENTH STREET      (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017         (2) Registration No. 3104
213-488-1500 FAX              (3) County: LOS ANGELES
                              (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/31/07              >
                            SIGNATURE