# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
PERSONAL FAX: 212.202.6014
E-MAIL: gpgulia@duanemorris.com

www.duanemorris.com

## MEMO ENDORSED

October 15, 2007

**BY FAX**

Hon. Denny Chin
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07
```

Re:   Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever v.
      Einstein Cosmetics LLC and Benjamin Einstein
      Civil Action No. 07 CV 07574 (DC)

Dear Judge Chin:

We represent plaintiffs, Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever, in the above-referenced action. Pursuant to the Court's telephone request of today, we respectfully submit this letter to confirm to the Court that the parties are currently engaged in settlement discussions and are working towards a potential resolution of this dispute. In connection with settlement discussions, plaintiffs have consented to an extension of time for Defendants to answer or otherwise respond to the complaint in this matter to and including October 26, 2007.

Respectfully submitted,

Gregory P. Gulia

*Approved.
SO ORDERED.
[signature]
USDJ
10/17/07*

GPG/slj

cc:   Clerk of the Court (via fax)
      Kelly W. Cunningham, Esq. (via fax)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                                   PHONE: 212.692.1000   FAX: 212.692.1020