# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

DUANE MORRIS LLP
Gregory P. Gulia
Eric W. McCormick
Christopher J. Rooney
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNILEVER SUPPLY CHAIN, INC. and         :
CONOPCO, INC. d/b/a UNILEVER            :
                                        :
                    Plaintiffs,         :   Civil Action No. 07-CV-07574 (DC)
      -against-                         :   ECF Case
                                        :
EINSTEIN COSMETICS LLC and              :
BENJAMIN EINSTEIN                       :
                                        :
                    Defendants.         :
------------------------------------------------------X

## NOTICE OF DISMISSAL

Plaintiffs Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever by their attorneys, Duane Morris LLP, hereby dismiss the above action, with prejudice and without costs against any Party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 14, 2008

DUANE MORRIS LLP

By: _____
Gregory P. Gulia, Esq.
Eric W. McCormick, Esq.
Christopher J. Rooney, Esq.
DUANE MORRIS LLP
gpgulia@duanemorris.com
ewmccormick@duanemorris.com
cjrooney@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: 212-692-1000
Facsimile: 212-692-1020

*Attorneys for Plaintiffs Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever*

SO ORDERED:

Dated: 4/14/08

_____
United States District Judge